IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THREE CELLULAR DEVICES CURRENTLY LOCATED AT 600 STATE STREET, NEW HAVEN, CONNECTICUT | Case No. 3:24-mj-743 (SDV)<br><br>**Filed Under Seal** |

## MOTION TO CONTINUE SEALING DOCUMENTS

The United States of America respectfully submits this motion to continue sealing the above-captioned matter, including the application, affidavit, search warrant, prior motions and orders to seal, and this motion and order to seal, until Friday September 5, 2025, or until further order of this Court. The United States submits that sealing is necessary because the matter relates to ongoing criminal investigations that are neither public nor known to the all the targets of the overall investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation, including by giving targets an opportunity to flee, destroy or tamper with evidence, or change patterns of behavior.

Respectfully submitted,

MARC H. SILVERMAN
ACTING UNITED STATES ATTORNEY

_/S/ David C. Nelson_
David C. Nelson (ct25640)
Assistant U.S. Attorney
157 Church Street, 24th Floor
New Haven, CT 06510
Tel:   (203) 821-3700
Fax:   (203) 773-5373
David.C.Nelson@usdoj.gov

The Sealed Motion to Seal is Hereby **GRANTED** / ~~DENIED~~

Issued at Bridgeport, Connecticut, this 26th day of February, 2025.

_____
THE HONORABLE S. DAVE VATTI
UNITED STATES MAGISTRATE JUDGE